NVB 105-14(1/15)

Attorney: Elizabeth F. McCausland
Florida Bar #: 0125822
Firm Name: Liz McCausland, P.A.
Address: 426 North Ferncreek Avenue
City, State, Zip: Orlando, FL 32803
Phone Number: 407-992-8824
Email Address: Liz@LizLawFirm.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: Karl A. Wolski                     )   BK-S-17-50395-BTB
                                          )
                                          )   CHAPTER 13
                                          )
                                          )   **FINAL REPORT OF MORTGAGE**
                    Debtor(s).            )   **MODIFICATION MEDIATION**
                                          )   **PROGRAM MEDIATOR**
                                          )

    The undersigned Mortgage Modification ("MMM") Program Mediator Reports to the Court as follows:

A.    MMM proceedings were commenced in this case involving the following parties:

    1.  [ x ] The Debtor and Debtor's attorney, Karl A. Wolski and Tricia Darby, Esquire.
    2.  [  ] The co-obligor/co-borrower/or other third party, _____
        _____
    3.  [ x ] The Lender's representative, Rushmore Loan Management, LLC/ Steven Larson (Sr. Asset Resolution Specialist) and Lender's attorney, Arnold Graff, Esquire.
    4.  [  ] Other: _____

B.    The MMM proceedings resulted in the following:

    1.  [  ] The parties settled prior to attending.
    2.  [  ] The case was dismissed.
    3.  [  ] The Debtor or [  ] Debtor's attorney failed to attend.
    4.  [  ] The Lender's representative or [  ] Lender's attorney failed to attend.
    5.  [  ] The parties reached an agreement.

- 1 -

:

    [ ] The parties agreed to a Final Loan Modification agreement.
    [ ] Other:_____

6. [x] The parties did not reach an agreement.

Dated: October 30, 2017          /s/ Elizabeth F. McCausland
                                            Elizabeth F. McCausland
                                            Liz McCausland, P.A.
                                            426 North Ferncreek Avenue
                                            Orlando, FL 32803
                                            407-992-8824
                                            Liz@LizLawFirm.com