KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kad@darbylawpractice.com
        tricia@darbylawpractice.com

*Electronically filed 1/17/2018*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

KARL A. WOLSKI and
KATHLEEN S. WOLSKI,

Debtors.

CASE NO.: BK-N-17-50395-BTB
Chapter 13

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Hearing Date:   January 30, 2018
Hearing Time:   11:00 a.m.

KARL A. WOLSKI and KATHLEEN S. WOLSKI, by and through their attorney, TRICIA M. DARBY, ESQ. of DARBY LAW PRACTICE, LTD., hereby oppose MTGLQ INVESTORS, LP's (the "MTGLQ") Motion for Relief from Stay filed on December 19, 2017, relating to Debtors' mortgage for their primary residence located at 1035 Lynn Way, Zephyr Cove, Nevada 89448 as follows:

1.     On April 4, 2017, Debtors filed for bankruptcy protection under Chapter 13 of the Bankruptcy Code.

2.     Pursuant to Debtors' Chapter 13 Plan, Debtors agreed to retain real property located at 1035 Lynn Way, Zephyr Cove, Nevada 89448. Debtors' goal is to obtain a loan modification with MTGLQ. The Debtors are participating in the Mortgage Modification Mediation Program. Debtors request this hearing be continued at least 120 days to allow them

time to participate in the Chapter 13 mortgage modification mediation program or work out a loan modification with MTGLQ.

    3.    Based on the foregoing, Debtors request this Court continue MTGLQ's Motion for Relief from Stay for at least 120 days.

DARBY LAW PRACTICE, LTD.

*/s/ Tricia M. Darby*

By: _____
    TRICIA M. DARBY, ESQ.
    4777 Caughlin Parkway
    Reno, Nevada 89519
    Attorney for Debtors