NVB 105-14(1/15)

Attorney: Elizabeth F. McCausland
Florida Bar #: 0125822
Firm Name: Liz McCausland, P.A.
Address: 426 North Ferncreek Avenue
City, State, Zip: Orlando, FL 32803
Phone Number: 407-992-8824
Email Address: Liz@LizLawFirm.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * * *

In re: Karl A. Wolski ) BK-S-17-50395-BTB
) 
) CHAPTER 13
)
) **FINAL REPORT OF MORTGAGE**
Debtor(s). ) **MODIFICATION MEDIATION**
) **PROGRAM MEDIATOR**
)

The undersigned Mortgage Modification ("MMM") Program Mediator Reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

  1. [ ] The Debtor and Debtor's attorney,_____.
  2. [ ] The co-obligor/co-borrower/or other third party, _____
     _____
  3. [ ] The Lender's representative and Lender's attorney, _____.
  4. [ ] Other: _____

B. The MMM proceedings resulted in the following:

  1. [ ] The parties settled prior to attending.
  2. [ ] The case was dismissed.
  3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
  4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
  5. [ ] The parties reached an agreement.

[ ]  The parties agreed to a Final Loan Modification agreement.
[ ]  Other:_____

6. [x] The parties did not reach an agreement.

Dated: October 30, 2017                    /s/ Elizabeth F. McCausland
                                                          Elizabeth F. McCausland

Liz McCausland, P.A.
426 North Ferncreek Avenue
Orlando, FL 32803

407-992-8824
Liz@LizLawFirm.com

- 2 -